**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| KAYA SIMIONS | ) |
| | ) |
| | ) |
| v. | ) CIVIL NO. 10-10-P-H |
| | ) |
| ANDROSCOGGIN COUNTY | ) |
| JAIL, et al. | ) |
| | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The plaintiff having filed no response to the Magistrate Judge's Recommended Decision on the defendants' Motion for Summary Judgment and the plaintiff having failed to respond to the Motion for Summary Judgment itself, the Court hereby adopts the Recommended Decision of the Magistrate Judge and grants Summary Judgment in favor of the defendants.

/s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge

Dated at Portland Maine this 6th day of October, 2010